UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KATHY SORIANO,

    Plaintiff,

v.                                  Case No: 8:17-CV-2002-T-27AEP

KEVALDHARA LLC,

    Defendant.
_____/

## ORDER

    **BEFORE THE COURT** is the parties' Stipulation for Voluntary Dismissal With Prejudice (Dkt. 12). Upon consideration, this case is **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Clerk is directed to **CLOSE** the file.

    **DONE AND ORDERED** this 21st day of May, 2018.

                                               JAMES D. WHITTEMORE
                                               United States District Judge

Copies to:
Counsel of Record